William Scott DAVIS, II,
Plaintiff-Appellant,

v.

James A. HUNT, Defendant-Appellee.

No. 15-2476

United States Court of Appeals,
Fourth Circuit.

Submitted: July 28, 2016

Decided: August 1, 2016

William Scott Davis, II, Appellant Pro Se.

Before MOTZ and HARRIS, Circuit Judges, and DAVIS, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Scott Davis, Jr., appeals the district court's orders denying his motions to reopen and to amend the judgment in a closed 42 U.S.C. § 1983 (2012) action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Davis v. Hunt, No. 5:11-cv-00035-D (E.D.N.C. Sept. 2, 2015; Nov. 23, 2015). We deny Davis' motions to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials be-

fore this court and argument would not aid the decisional process.

AFFIRMED